

# United States District Court
# Eastern District of California

**CTI III, LLC**
Plaintiff(s)

V.

**BARRY DEVINE, et al**
Defendant(s)

Case Number: 2:21-cv-02184-JAM-DB

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Cara Fishburn Thornton hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Barry Devine

On 10/19/2002 (date), I was admitted to practice and presently in good standing in the Supreme Court of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/08/2021                   Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Cara Fishburn Thornton |
| Law Firm Name: | Fortis Law Partners LLC |
| Address: | 1900 Wazee Street |
| | Suite 300 |
| City: | Denver   State: CO   Zip: 80 20 2 |
| Phone Number w/Area Code: | (303) 565-8067 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | cthornton@fortislawpartners.com |
| Secondary E-mail Address: | legalstaff@fortislawpartners.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Todd Noonan |
| Law Firm Name: | Noonan Law Group |
| Address: | 770 L Street, Suite 950 |
| City: | Sacramento   State: CA   Zip: 958 1 4 |
| Phone Number w/Area Code: | (916) 740- 1126   Bar # CA SBN 172962 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December, 10, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE