MATTHEW F. MILLER (SBN 172661)
matt.miller@us.dlapiper.com
JEFFREY TSAI (SBN 226081)
jeff.tsai@us.dlapiper.com
TOM LIN (SBN 319911)
tom.lin@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:   415.836.2500
Fax:   415.836.2501

Attorneys for Plaintiff CTI III, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CTI III, LLC, | CASE NO. 2:21-cv-02184-JAM-DB |
| Plaintiff, | **STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |
| v. | |
| BARRY DEVINE, an individual; TRI-MERIT, LLC, an Illinois limited liability company; and DOES 1 through 50, | Judge:   Hon. John A. Mendez |
| Defendant. | |

## I. JOINT ADMINISTRATIVE MOTION

Plaintiff CTI III, LLC ("CTI") and Defendants Barry Devine ("Devine") and Tri-Merit, LLC ("Tri-Merit") (collectively, the "Parties") jointly submit this administrative motion for relief pursuant to Local Rule 233.

On May 25, 2023, DLA Piper LLP (US) substituted into this action on behalf of CTI. On July 6, 2023, the Parties met-and-conferred regarding outstanding discovery as well as case management. As part of those discussions, and given the status of discovery in this action, the Parties have mutually agreed to request a continuance of all deadlines—as set by this Court's January 25, 2022 Pretrial Scheduling Order—by at least 90 days. Accordingly, the Parties entered into the stipulation below and respectfully request that the Court issue an amended pretrial scheduling order.

## II. STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER

The Parties have stipulated to the following continuance of deadlines given the status of discovery in this action and CTI's new counsel's recent substitution:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | 8/4/23 | 11/2/23 |
| Rebuttal Expert Disclosures | 9/1/23 | 12/15/23 |
| Mid-Litigation Statements | 10/20/23 | 1/18/24 |
| Discovery Cutoff | 11/3/23 | 3/1/24 |
| Dispositive Motion | 12/15/23 (heard by 1/23/24) | 4/19/24 (heard by 6/7/24) |
| Final Pretrial Conference | 3/15/24 @ 10 a.m. | 8/2/24 |
| Trial | 4/29/24 @ 9 a.m. | 9/16/24 (or next available date) |

//

//

//

Dated: July 20, 2023          **DLA PIPER LLP (US)**

By:  */s/ Matthew F. Miller*
      MATTHEW F. MILLER
      JEFFREY TSAI
      TOM LIN
      Attorneys for Plaintiff
      CTI III, LLC

Dated: July 21, 2023          **FORTIS LAW PARTNERS**
                                        **NOONAN LAW GROUP**

By:  */s/ Todd Noonan (as authorized on 7/21/2023)*
      CARA THORNTON (*Pro Hac Vice*)
      TODD NOONAN
      Attorneys for Defendant
      BARRY DEVINE

Dated: July 21, 2023          **GREENBERG TRAURIG, LLP**

By:  */s/ Todd Pickles (as authorized on 7/21/2023)*
      KURT A. KAPPES
      TODD PICKLES
      MADELINE ORLANDO
      Attorneys for Defendant
      TRI-MERIT, LLC

# ORDER

After full consideration of the Parties' Joint Stipulation to Amend the Pretrial Scheduling Order and good causing appearing;

**IT IS HEREBY ORDERED:**

1. The Expert Disclosures are due November 2, 2023;
2. The Rebuttal Expert Disclosures are due December 15, 2023;
3. The Mid-Litigation Statements are due January 18, 2024;
4. The Discovery Cutoff is March 1, 2024;
5. The last date to file Dispositive Motions is April 19, 2024
6. All Dispositive Motions are to be noticed for hearing on heard by June 4, 2024;
7. The Final Pretrial Conference is scheduled for August 2, 2024, at 11:00 AM; and
8. The Trial is scheduled for September 16, 2024, at 9:00 AM.

Dated: July 24, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE