1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CTI III, LLC, | CASE NO. 2:21-cv-02184-JAM-DB |
| Plaintiff, | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| v. | |
| BARRY DEVINE, an individual; and TRI-MERIT, LLC, an Illinois limited liability company, | |
| Defendants. | |

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

//

//

//

//

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures | 11/2/23 | **01/15/2024** |
| Rebuttal Expert Disclosures | 12/15/23 | **02/26/2024** |
| Discovery Cutoff | 3/1/24 | **03/22/2024** |

All other instructions contained in the January 25, 2022, Pretrial Scheduling Order (ECF No. 12) and all other dates contained in the July 25, 2023, Order (ECF No. 33) shall remain in effect.

Dated: October 06, 2023

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE